**FILED**

SEP 2 6 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) | No. 07-70574 WDB |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **ORDER TO UNSEAL CRIMINAL COMPLAINT AND SUPPORTING AFFIDAVIT** |
| MICHAEL MARTIN, JESSICA SANDERS, MICHAEL ANDERSON, and DIALLO MCLINN, | ) | |
| Defendants. | ) | |

Good cause appearing therefore, it is hereby ordered that the criminal complaint, affidavit in support of the criminal complaint, and all related papers in the above matter are unsealed.

DATED: September 26, 2007

_/s/_
HON. NANDOR VADAS
United States Magistrate Judge