1  SCOTT N. SCHOOLS (SC 9990)
   United States Attorney
2
   BRIAN J. STRETCH (CABN 163973)
3  Chief, Criminal Division

4  H. H. (SHASHI) KEWALRAMANI (TXSBN 00796879)
   Assistant United States Attorney
5
                                                          **FILED**
6  1301 Clay Street, Suite 340S
   Oakland, California 92612                              SEP 2 6 2007
7  Phone: (510) 637-3717
   Fax: (510) 637-3724                                    RICHARD W. WIEKING
   shashi.kewalramani@usdoj.gov                      CLERK, U.S. DISTRICT COURT
8                                                   NORTHERN DISTRICT OF CALIFORNIA
                                                              OAKLAND
   Attorneys for United States of America
9

10                     UNITED STATES DISTRICT COURT

11                    NORTHERN DISTRICT OF CALIFORNIA

12                          OAKLAND DIVISION

13  UNITED STATES OF AMERICA,        )    No. 07-70574 WDB
                                     )
14        Plaintiff,                 )
                                     )
15     v.                            )    **UNITED STATES' APPLICATION TO UNSEAL
                                     )    COMPLAINT AND ALL SUPPORTING
16  MICHAEL MARTIN,                  )    DOCUMENTS**
    JESSICA SANDERS,                 )
17  MICHAEL ANDERSON, and            )
    DIALLO MCLINN,                   )
18                                   )
          Defendants.                )
19  _____)

20        The United States hereby moves this Court to unseal the Affidavit of DEA Special Agent

21  William Todd Armstrong in support of the criminal complaint, the criminal complaint and all

22  attachments, and the Court's Order. Because three of the defendants were arrested on September

23  26, 2007, there is no need to maintain the documents under seal.

24  DATED: September 26, 2007         Respectfully submitted,

25                                    SCOTT N. SCHOOLS
                                      United States Attorney
26

27                                    H. H. (SHASHI) KEWALRAMANI
                                      Assistant United States Attorney
28