```
J. TONY SERRA #32639
SARA ZALKIN #223044
506 Broadway
San Francisco CA 94133
Telephone: 415/986-5591

Attorneys for Defendant
MICHAEL MARTIN
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>      Plaintiff,<br>   v.<br>MICHAEL MARTIN,<br>      Defendant.<br>_____/ | CR 07-70574 WDB<br><br>**AMENDED EX PARTE REQUEST FOR TRAVEL ORDER** |

COMES NOW defendant, through counsel, and hereby requests permission to travel outside the Northern District of California. In support of said request, counsel declares:

I am an attorney licensed to practice in the State of California and before this court, and I am one of the attorneys of record for defendant Michael Martin in this matter.

Mr. Martin wishes to attend a NORML conference in Los Angeles, a political and legal event. Because his car is not working properly, Mr. Martin will fly. He has made the following reservations: Southwest Airlines Flight #706, departing Oakland October 11 at 8:30 a.m.; returning October 13, Southwest Airlines Flight #2050, leaving Burbank at 5:25 p.m.

1    He will be staying at 1759 Silverlake Boulevard, Los
2 Angeles CA 90026, telephone 323/326-6347.
3    Neither Assistant United States Attorney Shashi Kewalramani
4 nor Pretrial Services Officer Hence Williams has an objection to
5 Mr. Martin's requested travel.
6    It is therefore respectfully requested that Mr. Martin be
7 allowed to travel as indicated.
8    I declare under penalty of perjury that the foregoing is
9 true and correct, and that this declaration is executed on
10 October 9, 2007, at San Francisco, California.

12                                       /s/ SARA ZALKIN
                                         SARA ZALKIN
13                                       Attorney for Defendant
                                         MICHAEL MARTIN

**LAW OFFICES**
506 BROADWAY
SAN FRANCISCO
(415) 986-5591
Fax: (415) 421-1331

2