```
                                          FILED

                                        OCT 09 2007

                                      RICHARD W. WIEKING
                                   CLERK, U.S. DISTRICT COURT
                                  NORTHERN DISTRICT OF CALIFORNIA
                                            OAKLAND
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,               CR 07-70574 WDB

    v.                        **TRAVEL ORDER**

MICHAEL MARTIN,

    Defendant.
_____/

    Upon request of defendant, and good cause appearing,

    IT IS HEREBY ORDERED that defendant may travel outside the Northern District of California from the period of October 10-13, 2007, to attend the NORML conference in Los Angeles.

Dated: 10-9-07

WAYNE D. BRAZIL
Magistrate Judge
United States District Court

LAW OFFICES
506 BROADWAY
SAN FRANCISCO
(415) 986-5591
Fax: (415) 421-1331