```
J. TONY SERRA #32639
SARA ZALKIN #223044
506 Broadway
San Francisco CA 94133
Telephone: 415/986-5591

Attorneys for Defendant
MICHAEL MARTIN
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | CR 07-70574 WDB |
| v. | **EX PARTE REQUEST FOR ORDER PERMITTING DEFENDANT TO USE MARINOL AS PRESCRIBED** |
| MICHAEL MARTIN, | |
| Defendant. | |

COMES NOW defendant, through counsel, and hereby requests express permission to use Marinol, a synthetic version of tetrahydrocannabinol (THC), which is approved by the Food and Drug Administration (FDA). In support of said request, counsel declares:

I am an attorney licensed to practice in the State of California and before this court, and I am one of the attorneys of record for defendant Michael Martin in this matter.

Dr. Eugene Schoenfeld prescribed Marinol for use by Mr. Martin. Hence Williams of United States Pretrial Services has no objection to Mr. Martin using Marinol on pretrial release, but asked counsel to request permission from the court as

1  Marinol resembles THC in its chemical profile (Marinol is the
2  trade name for dronabinol, an analog of THC).
3      Shashi Kewalramani, Assistant United States Attorney, has
4  no objection to Mr. Martin's request.
5      It is therefore respectfully requested that Mr. Martin be
6  allowed to use Marinol as prescribed.
7      I declare under penalty of perjury that the foregoing is
8  true and correct, and that this declaration is executed on
9  October 17, 2007, at San Francisco, California.

        /s/ SARA ZALKIN
        SARA ZALKIN
        Attorney for Defendant
        MICHAEL MARTIN

**LAW OFFICES**
506 BROADWAY
SAN FRANCISCO
(415) 986-5591
Fax: (415) 421-1331

2

```
 1  J. TONY SERRA #32639
    SARA ZALKIN #223044
 2  506 Broadway
    San Francisco CA 94133
 3  Telephone: 415/986-5591

 4  Attorneys for Defendant
    MICHAEL MARTIN
 5
 6
 7
 8                  UNITED STATES DISTRICT COURT
 9                NORTHERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,
12         Plaintiff,              CR 07-70574 WDB
13      v.                         ORDER GRANTING EX PARTE REQUEST
                                   FOR ORDER PERMITTING DEFENDANT
14  MICHAEL MARTIN,                TO USE MARINOL AS PRESCRIBED
15         Defendant.
                              /
16
17      GOOD CAUSE APPEARING, it is hereby ordered that Michael
18  Martin be allowed to use Marinol as prescribed.
19      SO ORDERED.
20      Dated:
21
22                                 _____
                                   HONORABLE WAYNE D. BRAZIL
23                                 U.S. DISTRICT COURT JUDGE
```