1  J. TONY SERRA #32639
   SARA ZALKIN #223044
2  506 Broadway
   San Francisco CA 94133
3  Telephone: 415/986-5591

4  Attorneys for Defendant
   MICHAEL MARTIN

**FILED**

OCT 2 3 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

  v.

MICHAEL MARTIN,

    Defendant.

CR 07-70574 WDB

ORDER GRANTING EX PARTE REQUEST
FOR ORDER PERMITTING DEFENDANT
TO USE MARINOL AS PRESCRIBED

GOOD CAUSE APPEARING, it is hereby ordered that Michael Martin be allowed to use Marinol *lawfully* as prescribed *by a physician*.

SO ORDERED.

Dated: 10/23/07

HONORABLE WAYNE D. BRAZIL
U.S. DISTRICT COURT JUDGE

LAW OFFICES
506 BROADWAY
SAN FRANCISCO
(415) 986-5591
Fax: (415) 421-1331