UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

       Plaintiff,             4-07-70574 WDB

   v.                         **ORDER MODIFYING**
                                **PRETRIAL CONDITIONS**

MICHAEL MARTIN,

       Defendant.
_____/

    Upon request of defendant, and good cause appearing,

    IT IS HEREBY ORDERED that defendant's pretrial release conditions are modified to allow defendant to travel within the State of California with prior permission of Pretrial Services.

    Dated: November 5, 2007

                                          _____
                                          WAYNE D. BRAZIL
                                          Magistrate Judge
                                          United States District Court