AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☑ INFORMATION  ☐ INDICTMENT
☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

### OFFENSE CHARGED

Count One
21 U.S.C. Section 846 - Conspiracy To
Manufacture And Distribute Marijuana And A
Mixture And Substance Containing A
Detectable Amount Of Marijuana

☐ Petty
☐ Minor
☐ Misde-
meanor
☑ Felony

PENALTY:
5 years, $250,000 fine, at least 2 years of supervised release and
not more than 3 years of supervised release, and $100 special
assessment

**DEFENDANT - U.S.**

► MICHAEL J. MARTIN

*E-filing*

DISTRICT COURT NUMBER

CR08-0099 cw

### PROCEEDING
Name of Complainant Agency, or Person (&Title, if any)

☐ person is awaiting trial in another Federal or State
Court, give name of court

☐ this person/proceeding is transferred from another
district per (circle one) FRCrP 20, 21 or 40. Show
District

☐ this is a reprosecution of
charges previously dismissed
which were dismissed on
motion of:
☐ U.S. Att'y  ☐ Defense

SHOW
DOCKET NO.

☐ this prosecution relates to a
pending case involving this same
defendant

☑ prior proceedings or appearance(s)
before U.S. Magistrate regarding
this defendant were recorded under

MAGISTRATE
CASE NO.

07-70574 WDB

Name and Office of Person
Furnishing Information on
THIS FORM      Joseph P. Russoniello

☑ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y
(if assigned)      H. H. (Shashi) Kewalramani

### DEFENDANT

**IS _NOT_ IN CUSTODY**
1) ☐ Has not been arrested, pending outcome this proceeding.
If not detained give date any prior summons►
was served on above charges

2) ☐ Is a Fugitive

3) ☑ Is on Bail or Release from (show District) *F I L E D*

Northern District of California

*FEB 26 2008*

*RICHARD W. WIEKING*
*CLERK, U.S. DISTRICT COURT*
*NORTHERN DISTRICT OF CALIFORNIA*
*OAKLAND*

**IS IN CUSTODY**
4) ☐ On this charge

5) ☐ On another conviction

6) ☐ Awaiting trial on other
charges

} ☐ Fed'l ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer ☐ Yes
been filed?   ☐ No

} If "Yes"
give date
filed

Month/Day/Year

**DATE OF
ARREST**    10/4/2007

Or... if Arresting Agency & Warrant were not

Month/Day/Year

**DATE TRANSFERRED
TO U.S. CUSTODY** ►

☐ This report amends AO 257 previously submitted

### ADDITIONAL INFORMATION OR COMMENTS

PROCESS:
☐ SUMMONS  ☑ NO PROCESS*  ☐ WARRANT    Bail Amount:

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance    *Where defendant previously apprehended on complaint, no new summons
or warrant needed, since Magistrate has scheduled arraignment

Defendant Address:

Date/Time:

Before Judge:

Comments:

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☑ INFORMATION  ☐ INDICTMENT
                                  ☐ SUPERSEDING

| — OFFENSE CHARGED — |
|---|

Count Two
21 U.S.C. Section 843 - Illegal Use Of A
Communication Facility

☐ Petty
☐ Minor
☐ Misde-meanor
☑ Felony

PENALTY:
4 years, $250,000 fine, 3 years of supervised release, and $100 special assessment

| — PROCEEDING — |
|---|

Name of Complaintant Agency, or Person (&Title, if any)

_____

☐ person is awaiting trial in another Federal or State Court, give name of court

_____

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

_____

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
   ☐ U.S. Att'y  ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☑ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

SHOW DOCKET NO.

MAGISTRATE CASE NO.

07-70574 WDB

Name and Office of Person Furnishing Information on THIS FORM    Joseph P. Russoniello

☑ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)    H. H. (Shashi) Kewalramani

---

Name of District Court, and/or Judge/Magistrate Location
**NORTHERN DISTRICT OF CALIFORNIA**

| — DEFENDANT - U.S. — |
|---|

▶ JESSICA SANDERS                    E-filing

DISTRICT COURT NUMBER

CR08-0099    CW

| — DEFENDANT — |
|---|

**IS _NOT_ IN CUSTODY**
1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶
2) ☐ Is a Fugitive
3) ☑ Is on Bail or Release from (show District)
   Northern District of California

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges
   } ☐ Fed'l  ☐ State
If answer to (6) is "Yes", show name of institution

_____

Has detainer been filed?  ☐ Yes  ☐ No    If "Yes" give date filed

DATE OF ARREST    9/27/2007    Month/Day/Year

Or... if Arresting Agency & Warrant were not
DATE TRANSFERRED TO U.S. CUSTODY ▶    Month/Day/Year

_F I L E D_
FEB 26 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

☐ This report amends AO 257 previously submitted

---

## ADDITIONAL INFORMATION OR COMMENTS

PROCESS:
☐ SUMMONS  ☑ NO PROCESS*  ☐ WARRANT    Bail Amount: _____

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance    *Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment
Defendant Address:

_____

Date/Time: _____

Before Judge: _____

Comments:

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☑ INFORMATION  ☐ INDICTMENT
                                  ☐ SUPERSEDING

─── OFFENSE CHARGED ───

Count Three
21 U.S.C. Section 844 - Possession Of
Marijuana

☐ Petty
☐ Minor
☑ Misde-
   meanor
☐ Felony

PENALTY:
1 years, $100,000 fine, 1 years of supervised release, 5 years
probation, and $100 special assessment

─── PROCEEDING ───

Name of Complaintant Agency, or Person (&Title, if any)

☐ person is awaiting trial in another Federal or State
   Court, give name of court

☐ this person/proceeding is transferred from another
   district per (circle one) FRCrP 20, 21 or 40. Show
   District

☐ this is a reprosecution of
   charges previously dismissed
   which were dismissed on
   motion of:                        SHOW
   ☐ U.S. Att'y  ☐ Defense           DOCKET NO:

☐ this prosecution relates to a
   pending case involving this same
   defendant                         MAGISTRATE
                                      CASE NO.
☑ prior proceedings or appearance(s)
   before U.S. Magistrate regarding
   this defendant were recorded under   07-70574 WDB

Name and Office of Person
Furnishing Information on       Joseph P. Russoniello
        THIS FORM
                    ☑ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y
   (if assigned)     H. H. (Shashi) Kewalramani

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA

E-filing

─── DEFENDANT - U.S. ───

MICHAEL ANDERSON

DISTRICT COURT NUMBER

CR08-0099   CW

─── DEFENDANT ───

**IS NOT IN CUSTODY**
  Has not been arrested, pending outcome this proceeding.
1) ☐ If not detained give date any prior summons
      was served on above charges

2) ☐ Is a Fugitive

3) ☑ Is on Bail or Release from (show District)

   Northern District of California

**IS IN CUSTODY**
4) ☐ On this charge

5) ☐ On another conviction

6) ☐ Awaiting trial on other        ☐ Fed'l  ☐ State
      charges
   If answer to (6) is "Yes", show name of institution

Has detainer      ☐ Yes    If "Yes"
been filed?       ☐ No      give date
                            filed

DATE OF                     Month/Day/Year
ARREST            9/27/2007

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED            Month/Day/Year
TO U.S. CUSTODY

☐ This report amends AO 257 previously submitted

F I L E D
FEB 2 6 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

─── ADDITIONAL INFORMATION OR COMMENTS ───

PROCESS:
☐ SUMMONS  ☑ NO PROCESS*  ☐ WARRANT   Bail Amount: _____

   If Summons, complete following:
   ☐ Arraignment  ☐ Initial Appearance     *Where defendant previously apprehended on complaint, no new summons
   Defendant Address:                        or warrant needed, since Magistrate has scheduled arraignment

                                    Date/Time: _____

                                    Before Judge: _____

Comments:

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT ☑ INFORMATION ☐ INDICTMENT
☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

---

### OFFENSE CHARGED

Count Three
21 U.S.C. Section 844 - Possession Of
Marijuana

☐ Petty
☐ Minor
☑ Misde-
meanor
☐ Felony

PENALTY:
1 years, $100,000 fine, 1 years of supervised release, 5 years
probation, and $100 special assessment

---

**DEFENDANT - U.S.**

E-filing

▶ DIALLO McLINN

**DISTRICT COURT NUMBER**

CR08-0099 CW

---

### PROCEEDING
Name of Complaintant Agency, or Person (&Title, if any)

☐ person is awaiting trial in another Federal or State
Court, give name of court

☐ this person/proceeding is transferred from another
district per (circle one) FRCrP 20, 21 or 40. Show
District

☐ this is a reprosecution of
charges previously dismissed
which were dismissed on
motion of:            SHOW
☐ U.S. Att'y ☐ Defense    DOCKET NO.

☐ this prosecution relates to a
pending case involving this same
defendant                MAGISTRATE
☑ prior proceedings or appearance(s)    CASE NO.
before U.S. Magistrate regarding
this defendant were recorded under    07-70574 WDB

Name and Office of Person
Furnishing Information on    Joseph P. Russoniello
THIS FORM
☑ U.S. Att'y ☐ Other U.S. Agency

Name of Asst. U.S. Att'y
(if assigned)    H. H. (Shashi) Kewalramani

---

### DEFENDANT

**IS NOT IN CUSTODY**
1) ☐ Has not been arrested, pending outcome this proceeding.
   If not detained give date any prior summons
   was served on above charges ▶

2) ☐ Is a Fugitive

3) ☑ Is on Bail or Release from (show District)

   Northern District of California

*FILED*
*FEB 2 6 2008*
*RICHARD W. WIEKING*
*CLERK, U.S. DISTRICT COURT*
*NORTHERN DISTRICT OF CALIFORNIA*
*OAKLAND*

**IS IN CUSTODY**
4) ☐ On this charge

5) ☐ On another conviction

6) ☐ Awaiting trial on other    } ☐ Fed'l ☐ State
      charges

   If answer to (6) is "Yes", show name of institution

Has detainer    ☐ Yes    If "Yes"
been filed?     ☐ No      give date
                          filed

**DATE OF**    Month/Day/Year
**ARREST**     9/27/2007

Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED**    Month/Day/Year
**TO U.S. CUSTODY**

☐ This report amends AO 257 previously submitted

---

### ADDITIONAL INFORMATION OR COMMENTS

PROCESS:
☐ SUMMONS ☑ NO PROCESS* ☐ WARRANT    Bail Amount:

If Summons, complete following:
☐ Arraignment ☐ Initial Appearance    *Where defendant previously apprehended on complaint, no new summons
                                        or warrant needed, since Magistrate has scheduled arraignment
Defendant Address:

Date/Time:

Before Judge:

Comments:

1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney

2

3  FILED

4  2008 FEB 26 AM 9: 34

   RICHARD W. WIEKING
   CLERK, U.S. DISTRICT COURT
   NORTHERN DISTRICT OF CALIFORNIA

5

6

7  E-filing

8  UNITED STATES DISTRICT COURT

9  NORTHERN DISTRICT OF CALIFORNIA

10  OAKLAND DIVISION

    CR08-0099  CW

11  UNITED STATES OF AMERICA,            )  No.
                                          )
12        Plaintiff,                      )  VIOLATIONS: 21 U.S.C. § 846 -
                                          )  Conspiracy To Manufacture And Distribute
13     v.                                 )  Marijuana And A Mixture And Substance
                                          )  Containing A Detectable Amount Of
14  MICHAEL J. MARTIN,                    )  Marijuana; 21 U.S.C. § 843 - Illegal Use Of
       a/k/a Mickey Martin,               )  A Communication Facility; 21 U.S.C. § 844
15  JESSICA SANDERS,                      )  - Possession Of Marijuana; 18 U.S.C. § 2 -
    MICHAEL F. ANDERSON, and              )  Aiding And Abetting; 21 U.S.C. § 853(a) –
16  DIALLO I. McLINN,                     )  Drug Forfeiture.
                                          )
17        Defendants.                     )  OAKLAND VENUE
                                          )
    _____)

18

19                          I N F O R M A T I O N

20  The United States Attorney charges:

21  COUNT ONE:        (21 U.S.C. § 846 - Conspiracy To Manufacture And Distribute Marijuana
                      And A Mixture And Substance Containing A Detectable Amount Of
22                    Marijuana)

23        1.      Beginning on a date unknown, but no later than on or about May 2007 and

24  continuing until September 2007,  in the Northern District of California, the defendant,

25

26                              MICHAEL MARTIN,
                                a/k/a Mickey Martin,

27  and others, known and unknown, did knowingly and intentionally conspire to manufacture and

28  distribute marijuana and a mixture and substance containing a detectable amount of marijuana, a

    INFORMATION

1   Schedule I controlled substance, in violation of Title 21, United States Code, Section 846.

2   <u>COUNT TWO:</u>      (21 U.S.C. § 843(b) - Illegal Use Of A Communication Facility)

3        2.      On or about July 11, 2007, in the Northern District of California, the defendant,

4                          JESSICA SANDERS,

5   knowingly and intentionally used a communication facility, namely, a telephone, in committing

6   and in causing and facilitating the illegal distribution of a controlled substance, namely, a

7   mixture and substance containing a detectable amount of marijuana, a Schedule I controlled

8   substance, which is a felony, in violation of Title 21, United States Code, Section 843(b).

9
10   <u>COUNT THREE:</u>    (21 U.S.C. § 844 and 18 U.S.C. § 2 - Aiding and Abetting Possession of Marijuana)

11        3.      Beginning on a date unknown, but no later than on or about May 2007, and

12   continuing until September 2007, in the Northern District of California, the defendants,

13
14                    MICHAEL F. ANDERSON and
                     DIALLO I. McLINN,

15   did knowingly and intentionally aid and abet the possession of marijuana, a Schedule I controlled

16   substance, at the locations of 947 61st Street, Suite 18, Oakland, California and 379 40th Street,

17   Oakland, California, in violation of Title 21, United States Code, Section 844, and Title 18,

18   United States Code, Section 2, a Class A misdemeanor.

19   <u>FORFEITURE ALLEGATION</u>: (21 U.S.C. § 853(a) – Drug Forfeiture)

20        4.      The factual allegations contained in Counts One and Two of this Information are

21   hereby realleged and by this reference fully incorporated herein for the purpose of alleging

22   forfeiture pursuant to Title 21, United States Code, Section 853(a)(1) and (a)(2).

23        5.      Upon a conviction of the offense alleged in Counts One and Two, the defendants,

24
25                  MICHAEL MARTIN, a/k/a Mickey Martin, and
                     JESSICA SANDERS,

26   shall forfeit to the United States all right, title and interest in property constituting and derived

27   from any proceeds, defendants obtained, directly or indirectly, as a result of the violation in

28   Counts One and Two, and any property used, or intended to be used, in any manner or part, to

INFORMATION

1    commit, or to facilitate the commission of the said violations, including but not limited to a sum

2    of money equal to the total amount of proceeds defendants derived from the commission of the

3    offense in Counts One and Two.

4          6.    If, as a result of any act or omission of the defendants, any of said property

5              a.    cannot be located upon the exercise of due diligence;

6              b.    has been transferred or sold to or deposited with, a third person;

7              c.    has been placed beyond the jurisdiction of the Court;

8              d.    has been substantially diminished in value; or

9              e.    has been commingled with other property which cannot be divided without

10                 difficulty;

11   any and all interest defendants have in any other property, up to value of the property shown to be

12   derived from the activity in Count One, shall be forfeited to the United States pursuant to Title

13   21, United States Code, Section 853(p).

14         All in violation of Title 21, United States Code, Sections 853(a)(1),(a)(2), (p) and Rule

15   32.2 of the Federal Rules of Criminal Procedure.

16

17   DATED:  FEBRUARY 25, 2008           JOSEPH P. RUSSONIELLO
                                 United States Attorney

18

19

20                                  W. DOUGLAS SPRAGUE
                               Chief, Oakland Branch Office

21

22   (Approved as to form:               )

23                AUSA KEWALRAMANI
             Assistant U.S. Attorney

24

25

26

27

28

INFORMATION