O AO 455 (Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA


FILED
FEB 26 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES OF AMERICA
V.
MICHAEL J. MARTIN

WAIVER OF INDICTMENT

CASE NUMBER: CR 08-0099 CW

I, MICHAEL J. MARTIN, the above named defendant, who is accused of Conspiracy to Manufacture And Distribute Marijuana And A Mixture And Substance Containing A Detectable Amount Of Marijuana, in violation of 21, United States Code, Section 846

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on __02-26-2008__ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

Defendant  Michael J. Martin

Counsel for Defendant  Sara Zalkin

Before _____  2/26/08
Judicial Officer