UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Criminal Minute Order

**FILED**
MAR 26 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

**The Honorable Claudia Wilken, Presiding**
**Clerk:** Sheilah Cahill
**Court Reporter:** Raynee Mercado
**Date:** 3/26/08

**Plaintiff:** United States

v.                                                        **No.** CR-08-00099 CW

**Defendant:** Jessica Sanders (present)
Michael Martin (present)

**Appearances for Plaintiff:**
Sashi Kewalramani

**Appearances for Defendant:**
Sara Zalkin spec. app. for Randolph Daar for dft. Sanders
Sara Zalkin and Tony Serra for dft. Martin

**Speedy Trial Date:**

Hearing:   Change of Plea

**Notes:**     **Jessica Sanders:** This was the defendant's first appearance before District Judge. **Case continued to 4/2/08 at 2:30 p.m. for change of plea or motions setting or trial setting.** Defense has all discovery. If there is no change of plea on 4/2, counsel will need to let the Court know what motions counsel will be filing and when they will be made. Time excluded for continuity of counsel and effective preparation.

**Michael Martin:** This was the defendant's first appearance before District Judge. Defendant enters under oath Rule 11(c)(1)(A) and (B) plea of guilty to count one of the felony Information charging Conspiracy to Manufacture and Distribute a Mixture and Substance Containing a Detectable Amount of Marijuana in violation of 21 USC 846. Waiver of indictment previously filed. Court finds factual basis for plea; Court accepts plea. PSR requested. **Judgment and sentencing set for 7/2/08 at 2:30 p.m.**

Copies to: Chambers; probation