UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

**FILED**
MAR 26 2008
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

Case Number _____CR-08-00099 CW_____

Defendant's Name _____Michael Martin_____

Defense Counsel _____Sara Zalknt & Tony Serra_____

Referral Date _____3/26/08_____

Sentencing Date _____7/2/08_____ @ 2:30 pm

### NOTICE TO DEFENSE COUNSEL

The Court has directed that a     __X__ Presentence Investigation

_____ Pre-Plea Report

_____ Bail Investigation

_____ Bail Supervision

_____ Postsentence Investigation

_____ 4244

be conducted on the above-named defendant. So that the investigation/supervision can be completed promptly, please go to the <u>Probation Office, Room 220S, before leaving the Courthouse today</u> to make the necessary arrangements.

RICHARD W. WIEKING
Clerk

by: _____SHEILAH CAHILL_____
Deputy Clerk

| for use of Courtroom Deputies: | |
|---|---|
| Is defendant in custody: | N |
| Is defendant English-speaking? | yes |

cc: U. S. Probation