```
 1  J. TONY SERRA #32639
    SARA ZALKIN #223044
 2  506 Broadway
    San Francisco CA 94133
 3  Telephone: 415/986-5591

 4  Attorneys for Defendant
    MICHAEL MARTIN
 5
```

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>MICHAEL MARTIN, et al.,<br><br>    Defendants.<br>_____/ | CR 4:08 CR 00099 CW-1<br><br>**MOTION TO CHANGE TIME FOR SENTENCING HEARING (LOCAL RULE 6-3); DECLARATION OF COUNSEL** |

COMES NOW defendant, through counsel, and hereby requests that time be enlarged for his sentencing hearing. In support of said request, counsel declares:

I am one of the attorneys of record for Defendant Michael Martin, who pleaded guilty to the information in this matter pursuant to a written plea agreement on March 26, 2008. The matter is presently set for sentencing on July 2, 2008, at 2:30 p.m., although at the subsequent change of plea by co-defendant Sanders, a continuance to July 9, 2008 was indicated based on Ms. Sanders' unavailability on July 2, 2008.

Mr. Martin requests that sentencing date be continued to September 10, 2008 predicated on the following.

1    First, Mr. Martin's only surviving parent, his mother
2 Kimberly Miller, is disabled and resides in Arizona.  She
3 recently had to move to an assisted living facility as her
4 health further deteriorated.  She is concerned at the prospect
5 of making arrangements to travel to California in July, for the
6 reasons stated in her letter, attached hereto as Exhibit A,
7 which she has given permission to counsel to submit to the
8 Court.  Mr. Martin respectfully requests an extension so that
9 his mother can speak on his behalf at his sentencing, and based
10 on her letter, believes that her ability to travel will be
11 substantially better in September than in July.
12    Second, Mr. Martin is married and has two young children.
13 He and his family are actively preparing for the prospect of his
14 going in to custody, which he has advised will more than likely
15 require his wife, Elinor, to move out-of-state to her parents
16 for help with child care and support.  He therefore respectfully
17 requests the proposed continuance to explore options and
18 continue to make arrangements.
19    Third, the completion of the financial portion of the
20 presentence report has been delayed because a number of
21 financial documents and records are in the custody of the Drug
22 Enforcement Agency.[1]  Mr. Martin has accordingly had to largely
23 reconstruct from other means documentation of his liabilities.
24    Fourth, Mr. Martin initially scheduled a probation
25 interview for April 24, 2008.  Counsel advised the assigned

---

[1] Several months ago the government did make available certain items seized and Mr. Martin was permitted to send a representative to make copies; however, due to the volume of documents he was not able to complete the project at that time.

probation officer, Mr. Charlie Mabie that she would appreciate an opportunity to present a number of materials for his consideration prior to the interview. However, due to counsel's heavy court calendar and pre-existing motions deadlines in other matters, this has not yet occurred.[2] Mr. Mabie advised that he has no objection to continuing the probation interview so long as he has sufficient time to complete his presentence report.

Fifth, both the undersigned and Mr. Serra are presently scheduled to be in trial in the matter of People of the State of California v. Elizabeth Campbell in case number CR 90299B to commence July 8, 2008; the undersigned also has a trial scheduled to commence on July 14 in the matter of People of the State of California v. Alfredo Ortiz, in case number SC065211.

Randolph Daar, counsel for co-defendant Jessica Sanders, having consulted with his client, has no objection to the requested continuance.

Mr. Martin is out on bond under the supervision of Hence Williams III, Deputy Pretrial Services Officer, who has no objection to this request.

Counsel sent a proposed stipulation to the United States Attorney (originally seeking a date of September 24, 2008, whereas counsel now requests September 10, 2008). Assistant United States Attorney Keslie Stewart has advised that the government objects to the length of the request, but would not object to a continuance until the end of July.

---

[2] Counsel is a sole practitioner with cases pending in multiple jurisdictions requiring a substantial amount of travel, including but not limited to: Mendocino County; Solano County; Los Angeles County; Lake County; Tuolumne County; and San Joaquin County, as well as the Bay Area.

LAW OFFICES
506 BROADWAY
SAN FRANCISCO
(415) 986-5591
Fax: (415) 421-1331

1  The substantial harm or prejudice that would occur if the
2 Court did not change the time set for sentencing would be to
3 deny Mr. Martin the ability to present a desired witness at the
4 sentencing hearing but moreover deprive him of the support of
5 his closest biological family member, as well as force his wife
6 and young children to make hasty decisions in terms of having to
7 relocate as stated above while he is away from them serving the
8 sentence imposed by the Court.
9  There is no substantial harm or prejudice that counsel can
10 contemplate regarding the requested continuance other than
11 having the case file remain open for approximately two months
12 longer than if the sentencing went forward in July.
13  This is the first requested time modification before the
14 District Court.
15  I declare under penalty of perjury that the foregoing is
16 true and correct. Executed this 8th day of May, 2008 at San
17 Francisco, California.

                          /s/ SARA ZALKIN
                          SARA ZALKIN
                          Attorney for Defendant
                          MICHAEL JOHN MARTIN

**LAW OFFICES**
506 BROADWAY
SAN FRANCISCO
(415) 986-5591
Fax: (415) 421-1331

4

Kimberly Miller
444 S. Higley Rd., #313
Mesa, AZ 85220

April 14, 2008

Dear Mickey,

I am writing about your court date scheduled for July 2nd, 2008. It is important to me to attend to be by your side and support you 100%.

However, my health has deteriorated to where I have had to move to an assisted living center and recently the doctor put me on two new, stronger, medications. The move has drained my strength and I also need to give time for the medications to start working and make sure there are no side effects. This will take just a few months so if the court date could be rescheduled until this Fall, than I probably can make it there.

The move has also drained my budget and it will take some time to save enough money for the air fare and so on.

Also, you know what the San Francisco summers due to my breathing conditions. Remember that summer I came to that important occasion and missed it because I wound up in bed for the week as I could not breathe the humid air even with the oxygen I take? I don't want to get there and have that happen again.

Page 2 of 2

Is there a possibility your attorneys can ask the court to change the court date to the Fall so I can be with you? I worry so about what might be the last time I might see you.

I am sorry to trouble you all with this with all you have to do but I would appreciate anything they could do. Please thank them for their consideration.

I love you,
MOM

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br>    v.<br>MICHAEL MARTIN,<br>    Defendant. | 4:08 CR 99 CW<br>**ORDER CHANGING TIME FOR SENTENCING HEARING**<br>**(LOCAL RULE 6-3)** |

Upon request of defendant, and good cause appearing,

IT IS HEREBY ORDERED that the sentencing hearing in this matter is continued from July 2, 2008, to _____, 2008, at the hour of _____.

Dated:

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　CLAUDIA WILKEN, Judge
　　　　　　　　　　　　　　　　　　　　　United States District Court

**LAW OFFICES**
506 BROADWAY
SAN FRANCISCO
(415) 986-5591
Fax: (415) 421-1331