1

2

3

4

5

6                    UNITED STATES DISTRICT COURT

7                  NORTHERN DISTRICT OF CALIFORNIA

8

9  UNITED STATES OF AMERICA,

10          Plaintiff,            4:08 CR 99 CW

11      v.

                                 **ORDER CHANGING TIME FOR**
12  MICHAEL MARTIN,              **SENTENCING HEARING**
    JESSICA SANDERS,             **(LOCAL RULE 6-3)**
13

          Defendants.
14  _____/

15

       Upon request of defendant, and good cause appearing,
16

       IT IS HEREBY ORDERED that the sentencing hearing in this
17

matter as to defendants Michael Martin and Jessica Sanders is
18

continued from July 2, 2008, to **August 6, 2008**, 2008, at the
19

**hour of 2:30 p.m.**
20

       Dated:  5/16/08
21

22

23  _____
    CLAUDIA WILKEN, Judge
24  United States District Court

25

26

27  cc: U.S. Probation

28

**LAW OFFICES**
506 BROADWAY
SAN FRANCISCO
(415) 986-5591
Fax: (415) 421-1331