JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

KESLIE STEWART (CSBN 184090)
SUSAN B. GRAY (CSBN 100374)
Assistant United States Attorneys

   1301 Clay Street, Suite 340S
   Oakland, CA 94612
   Telephone: (510) 637-3709
   Fax: (510) 637-3724

   email: keslie.stewart@usdoj.gov
           susan.b.gray@usdoj.gov

UNITED STATES OF AMERICA

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>                             )<br>          Plaintiff, )<br>                             )<br>  v.                           )<br>                             )<br>MICHAEL J. MARTIN, )<br>   a/k/a Mickey Martin, )<br>                             )<br>         Defendant. )<br>                             ) | Case No. CR 08-0099 CW<br><br>**APPLICATION OF THE UNITED STATES FOR A PRELIMINARY ORDER OF FORFEITURE** |

      The United States of America, by and through the undersigned Assistant United States Attorneys, respectfully submit this Application of the United States for Issuance of a Preliminary Order of Forfeiture in the above-captioned case. In support thereof, the United States sets forth the following:

      On February 26, 2008, defendant Michael J. Martin was charged by information with violations of Title 21, United States Code, Section 846 (Conspiracy to Manufacture and Distribute Marijuana and a Mixture and Substance Containing a Detectable Amount of Marijuana); Title 21, United States Code, Section 843 (Illegal Use of a Communication Facility); Title 21, United States Code, Section 844 (Possession of Marijuana); and Title 18, United States Code, Section 2 (Aiding and Abetting). The indictment also sought criminal forfeiture, pursuant

to Title 21, United States Code, Section 853(a) (Criminal Forfeiture) of:

     a.  $3,000 U.S. Currency (Asset ID 07-DEA-490727)

     b.  2005 GMC Sierra Pickup Truck (Asset ID 07-DEA-491732)

("subject property).

On March 26, 2008, defendant, Michael Martin pled guilty to Conspiracy to Manufacture and Distribute Marijuana and a Mixture and Substance Containing a Detectable Amount of Marijuana, in violation of Title 21, United States Code, Section 846 , and agreed to forfeit the subject property to the United States.

Rule 32.2 (b)(1) of the Federal Rules of Criminal Procedure provides that as soon as practicable after entering a guilty verdict or accepting a plea of guilty or nolo contendere on any count in an indictment or information with regard to which criminal forfeiture is sought, the court shall determine what property is subject to forfeiture under the applicable statute.  If forfeiture of specific property is sought, the court shall determine whether the government has established the requisite nexus between the property and the offense.  If the government seeks a personal money judgment against the defendant, the court shall determine the amount of money that the defendant will be ordered to pay.  The court's determination may be based on evidence already in the record, including any written plea agreement or, if the forfeiture is contested, on evidence or information presented by the parties at a hearing after the verdict or finding of guilt.  Pursuant to Rule 32.2(b)(2), if the court finds that property is subject to forfeiture, it shall promptly enter a preliminary order of forfeiture setting forth the amount of any money judgment or directing the forfeiture of specific property without regard to any third party's interest in all or part of it. Determining whether a third party has such an interest shall be deferred until any third party files a claim in an ancillary proceeding under Rule 32.2(c).

Rule 32.2(b)(3) further provides that the entry of a preliminary order of forfeiture authorizes the Attorney General (or a designee) to seize the specific property subject to forfeiture; to conduct any discovery the court considers proper in identifying, locating, or disposing of the property; and to commence proceedings that comply with any statutes governing third-party rights. At sentencing - or at any time before sentencing if the defendant consents - the

1  order of forfeiture becomes final as to the defendant and shall be made part of the sentence and
2  included in the judgment.  The court may include in the order of forfeiture conditions
3  reasonably necessary to preserve the property's value pending any appeal.
4         The United States has established the requisite nexus between the subject property and
5  the offense to which the defendant pled guilty as set forth in the plea agreement.  Pursuant to the
6  provisions of Title 18, United States Code, Section 1341, any and all right, title, and interest that
7  the defendant holds in the aforesaid property is forfeitable to the United States.
8         Upon the issuance of a Preliminary Order of Forfeiture and pursuant to Title 21, United
9  States Code, Section 853(n), and Rule G(4)(a)(iv) of the Supplemental Rules for admiralty or
10 Maritime Claims and Asset Forfeiture Actions, the United States will publish in a newspaper of
11 general circulation at least one time and on www.forfeiture.gov, a government website for at
12 least thirty days notice of this Order, notice of its intent to dispose of the property in such manner
13 as the Attorney General may direct and notice that any person, other than the defendant, having
14 or claiming a legal interest in the property must file a petition with the Court and serve a copy on
15 Keslie Stewart, Assistant United States Attorney, or Stephanie M. Hinds, Assistant United States
16 Attorney, within thirty (30) days of the final publication of notice or of receipt of actual notice,
17 whichever is earlier. This notice shall state that the petition shall be for a hearing to adjudicate
18 the validity of the petitioner's alleged interest in the property, shall be signed by the petitioner
19 under penalty of perjury and shall set forth the nature and extent of the petitioner's right, title or
20 interest in the forfeited property and any additional facts supporting the petitioner's claim and the
21 relief sought. The United States may also, to the extent practicable, provide direct written notice
22 to any person known to have alleged an interest in the property that is the subject of the
23 Preliminary Order of Forfeiture, as a substitute for published notice as to those persons so
24 notified.
25        WHEREFORE, the United States respectfully requests that this Court enter a Preliminary
26 Order of Forfeiture which provides for the following:
27
28 ///

1     a. authorizes the forfeiture of the subject property to the United States;

2     b. directs the United States, through its appropriate agency, to seize the forfeited property

3 forthwith; and

4     c. directs the United States to publish in a newspaper of general circulation at least one time

5 and on a government website for at least thirty days, notice of this Order, notice of the

6 government's intent to dispose of the property in such manner as the Attorney General may direct

7 and provide notice that any person, other than the defendants, having or claiming a legal interest

8 in the property must file a petition with the Court and serve a copy on government counsel within

9 thirty (30) days of the final publication of notice or of receipt of actual notice, whichever is

10 earlier.

Dated: May 30, 2008                      Respectfully submitted,

                                             JOSEPH P. RUSSONIELLO
                                             United States Attorney

                                             /S/

                                             KESLIE STEWART
                                             SUSAN B. GRAY
                                             Assistant United States Attorneys

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that she is an employee of the Office of the United States Attorney for the Northern District of California and is a person of such age and discretion to be competent to serve papers. The undersigned further certifies that she caused a copy of

- APPLICATION FOR A PRELIMINARY ORDER OF
- [PROPOSED] PRELIMINARY ORDER OF FORFEITURE

to be served this date by electronic mail upon the person below at the place and address which is the last known address:

Sara Zalkin , Esq.
Law Office of Sara Zalkin
506 Broadway
San Francisco, CA 94133

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this 30th day of May, 2008, at San Francisco, California.

/S/
ALICIA CHIN
Paralegal/AFU