UNITED STATES OF AMERICA

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MICHAEL J. MARTIN,<br>　a/k/a Mickey Martin,<br><br>　　　　Defendant. | Case No.  CR 08-0099 CW<br><br>**[PROPOSED] PRELIMINARY<br>ORDER OF FORFEITURE** |

　　Having considered the application for a preliminary order of forfeiture filed by the United States and the plea agreement entered on March 26, 2008, wherein the defendant's admitted to the forfeiture allegation, and good cause appearing,

　　IT IS HEREBY ORDERED that defendant Michael J. Martin,  shall forfeit to the United States:

　　　　a.　$3,000 U.S. Currency (Asset ID 07-DEA-490727)

　　　　b.　2005 GMC Sierra Pickup Truck (Asset ID 07-DEA-491732)

　　IT IS FURTHER ORDERED that the United States, through its appropriate agency, shall seize the forfeited property forthwith and publish on a government website for at least thirty (30) days and at least one time, in a newspaper of general circulation, notice of this Order, notice of the government's intent to dispose of the property in such manner as the Attorney General may direct and provide notice that any person, other than the defendant, having or claiming a legal interest in the property  must file a petition with the Court and serve a copy on government

counsel within thirty (30) days of the final publication of notice or of receipt of actual notice, whichever is earlier.

IT IS FURTHER ORDERED that, pursuant to Rule 32.2(b)(3) of the Federal Criminal Rules of Procedure, this Preliminary Order of Forfeiture shall become final as to the defendant at the time of sentencing and shall be made part of the sentence and included in the judgment.

IT IS SO ORDERED this ___ day of _____ 2008.

_____
CLAUDIA WILKEN
United States District Judge