UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>      v.<br><br>MICHAEL JOHN MARTIN and<br>JESSICA SANDERS<br><br>              Defendants.<br>_____/ | CR 08-00099 CW<br><br>STIPULATION AND [PROPOSED] ORDER CONTINUING SENTENCING HEARING |

THE PARTIES HEREBY STIPULATE AND AGREE to continue the sentencing hearing presently set for August 6, 2008 at 2:30 p.m. to September 3, 2008 at 2:30 p.m.

This matter was initially set for sentencing on July 2, 2008 as to Mr. Martin and July 9, 2008 as to Ms. Sanders. At Mr. Martin's request, and over the government's opposition, sentencing was continued to August 6, 2008 for both defendants.

The continuance is predicated upon the need for additional time for thorough preparation of the presentence report herein.

Charles W. Mabie, United States Probation Officer Specialist, conducted the interview portion of his presentence

1  investigation on May 28, 2008 as to Mr. Martin, and on June 2,
2  2008 as to Ms. Sanders.  Mr. Mabie requested additional material
3  from both defendants at that time which he seeks to incorporate
4  into his presentence report.
5       Assistant United States Attorney Keslie Stewart has no
6  objection to a continuance for the purpose of thorough
7  preparation of the presentence reports herein.
8       Dated:  July 15, 2008

10  /s/ KESLIE STEWART              /s/ SARA ZALKIN
    KESLIE STEWART                  SARA ZALKIN
11  Assistant U.S. Attorney         Attorney for MICHAEL MARTIN

                                    /s/ RANDOLPH DAAR
13                                  RANDOLPH DAAR
                                    Attorney for JESSICA SANDERS

15                              **ORDER**

16       Based on the reasons provided in the stipulation of the
17  parties above, the Court hereby finds that the request for a
18  continuance is reasonable, and will allow the sentencing hearing
19  as to both defendants to be continued from August 6, 2008 at
20  2:30 p.m to September 3, 2008 at 2:30 p.m.
21       **PURSUANT TO STIPULATION, IT IS SO ORDERED.**
22       Dated:

                                    _____
                                    CLAUDIA WILKINS, Judge
25                                  United States District Court