UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        Plaintiff,

   v.

MICHAEL JOHN MARTIN and
JESSICA SANDERS

        Defendants.
_____/

CR 08-00099 CW

STIPULATION AND ORDER CONTINUING SENTENCING HEARING

    THE PARTIES HEREBY STIPULATE AND AGREE to continue the sentencing hearing presently set for August 6, 2008 at 2:30 p.m. to September 3, 2008 at 2:30 p.m.

    This matter was initially set for sentencing on July 2, 2008 as to Mr. Martin and July 9, 2008 as to Ms. Sanders. At Mr. Martin's request, and over the government's opposition, sentencing was continued to August 6, 2008 for both defendants.

    The continuance is predicated upon the need for additional time for thorough preparation of the presentence report herein.

    Charles W. Mabie, United States Probation Officer Specialist, conducted the interview portion of his presentence

**LAW OFFICES**
506 BROADWAY
SAN FRANCISCO
(415) 986-5591
Fax: (415) 421-1331

investigation on May 28, 2008 as to Mr. Martin, and on June 2, 2008 as to Ms. Sanders.  Mr. Mabie requested additional material from both defendants at that time which he seeks to incorporate into his presentence report.

Assistant United States Attorney Keslie Stewart has no objection to a continuance for the purpose of thorough preparation of the presentence reports herein.

Dated:  July 15, 2008

| /s/ KESLIE STEWART | /s/ SARA ZALKIN |
|---|---|
| KESLIE STEWART | SARA ZALKIN |
| Assistant U.S. Attorney | Attorney for MICHAEL MARTIN |
| | /s/ RANDOLPH DAAR |
| | RANDOLPH DAAR |
| | Attorney for JESSICA SANDERS |

**ORDER**

Based on the reasons provided in the stipulation of the parties above, the Court hereby finds that the request for a continuance is reasonable, and will allow the sentencing hearing as to both defendants to be continued from August 6, 2008 at 2:30 p.m to September 3, 2008 at 2:30 p.m.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: 7/23/08

_[signature: Claudia Wilken]_

CLAUDIA WILKEN, Judge
United States District Court

LAW OFFICES
506 BROADWAY
SAN FRANCISCO
(415) 986-5591
Fax: (415) 421-1331