JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

KESLIE STEWART (CSBN 184090)
SUSAN B. GRAY (CSBN 100374)
Assistant United States Attorneys

   1301 Clay Street, Suite 340S
   Oakland, CA 94612
   Telephone: (510) 637-3709
   Fax: (510) 637-3724

   email: keslie.stewart@usdoj.gov
         susan.b.gray@usdoj.gov

UNITED STATES OF AMERICA

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR 08-0099 CW |
| Plaintiff, | PUBLIC NOTICE OF FORFEITURE ACTION |
| v. | |
| MICHAEL J. MARTIN, a/k/a Mickey Martin, | |
| Defendant. | |

NOTICE IS HEREBY GIVEN[1], that on or about June 19, 2008, in the above captioned case, the Honorable Claudia Wilken, United States District Judge for the Northern District of California, entered a Preliminary Order of Forfeiture forfeiting the defendant's right, title and interest in the following:

    a. $3,000 U.S. Currency (Asset ID 07-DEA-490727)

    b. 2005 GMC Sierra Pickup Truck (Asset ID 07-DEA-491732)

("subject property") pursuant to Title 21, United States Code, Section 853(a)

YOU ARE HEREBY NOTIFIED that the United States intends to dispose of the subject property in such manner as the United States Attorney General may direct.

---

[1] Please check www.forfeiture.gov for a listing of all judicial forfeiture notices as newspaper publication of judicial forfeiture notices will be discontinued in the near future.

Pursuant to 21 U.S.C. § 853(n), if you have a legal interest in this property, you must petition the United States District Court for the Northern District of California, within thirty (30) days of receipt of this notice, for a hearing to adjudicate the validity of your alleged legal interest in this property. If a hearing is requested, it shall be held before the Court alone, without a jury.

The petition must be signed by the petitioner under penalty of perjury, and shall set forth the nature and extent of your right, title and interest in said property, the time and circumstances of your acquisition of the right, title or interest in the property and any additional facts supporting your claim and the relief sought.

The petition shall be filed with the United States District Court Clerk, Northern District of California, 1301 Clay Street, Oakland, California 94612 and a copy of the petition served upon Keslie Stewart, Assistant United States Attorney, United States Attorneys Office, 1301 Clay Street, Suite 340S, Oakland, California 94612 and upon Susan B. Gray, Assistant United States Attorney, United States Attorneys Office, 450 Golden Gate Avenue, Box 36055, San Francisco, California 94102.

Any hearing on your petition shall, to the extent practicable and consistent with the interests of justice, be held within thirty (30) days of the filing of your petition. The Court may consolidate your hearing on the petition with any other hearings requested on any other petitions filed by any other person other than the defendants named above.

You have the right at the hearing to testify and present evidence and witnesses on your behalf and to cross examine witnesses who appear at the hearing.

IF YOU FAIL TO FILE A PETITION TO ASSERT YOUR RIGHT, TITLE OR INTEREST IN THE ABOVE DESCRIBED PROPERTY, WITHIN THIRTY (30) DAYS OF THIS NOTICE, YOUR RIGHT, TITLE AND INTEREST IN THIS PROPERTY SHALL BE LOST AND FORFEITED TO THE UNITED STATES. THE UNITED STATES SHALL

///

| | |
|---|---|
| 1 | THEN HAVE CLEAR TITLE TO THE PROPERTY HEREIN DESCRIBED AND MAY |
| 2 | WARRANT GOOD TITLE TO ANY SUBSEQUENT PURCHASER OR TRANSFEREE. |
| 3 | |
| 4 | Dated: 09/02/08                Respectfully submitted, |
| 5 |                                              JOSEPH P. RUSSONIELLO<br>United States Attorney |
| 6 | |
| 7 |                                                       /S/<br>                                              KESLIE STEWART<br>                                              SUSAN B. GRAY |
| 8 |                                              Assistant United States Attorneys |

PUBLIC NOTICE OF FORFEITURE ACTION                               3
CR 08-0099 CW

CERTIFICATE OF SERVICE

The undersigned hereby certifies that she is an employee of the Office of the United States Attorney for the Northern District of California and is a person of such age and discretion to be competent to serve papers. The undersigned further certifies that she caused a copy of

- Public Notice of Forfeiture Action

U.S. mail upon the person below at the place and address which is the last known address:

Sara Zalkin, Esq
Law Office of Sara Zalkin
506 Broadway
San Francisco, CA 94133

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this  2nd   day of September, 2008, at San Francisco, California.


          /S/
CAROLYN JUSAY
Legal Assistant
Asset Forfeiture Unit