09/08/2008 02:00 PM EST

Version 7.0.1

**Case Debt Type Payment Report**
**U.S. Courts**

Oakland

FILED
SEP - 9 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

| Party # | Party Name | Fund | Debt Type | Total Owed | Current Outstanding | Document Type/Number | Actg Ln # | Payment Type | Payment Amount | Payment Date |
|---|---|---|---|---|---|---|---|---|---|---|
| | Case No. DCAN408CR000099 | | US VS MARTIN ET AL | | | | | | | |
| 001 | MICHAEL MARTIN | 504100 | SPECIAL PENALTY ASSESSMENT | 100.00 | 0.00 | CT 44611002567 | 1 | PR | 100.00 | 09/04/2008 |
| 003 | MICHAEL ANDERSON | 504100 | SPECIAL PENALTY ASSESSMENT | 25.00 | 0.00 | CT 44611002082 | 1 | PR | 25.00 | 04/17/2008 |
| 004 | DIALLO MCLINN | 504100 | SPECIAL PENALTY ASSESSMENT | 25.00 | 0.00 | CT 44611002031 | 1 | PR | 25.00 | 04/07/2008 |
| | | | | | | Division Payment Total | | | 150.00 | |
| | | | | | | Grand Total | | | 150.00 | |

$ 100.00   SPECIAL ASSESSMENT
           PAID IN FULL

m   9/9/08

Page 1 of 1