IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

  v.

MICHAEL MARTIN,

    Defendant.
_____/

No. C 08-00099 CW

ORDER DENYING DEFENDANT'S <u>EX PARTE</u> REQUEST TO MODIFY CONDITIONS OF COMMUNITY CONFINEMENT

    Defendant requests that the Court modify the terms and conditions of his sentence. On September 3, 2008, the Court placed Defendant on five years of probation with the special condition that he serve twelve months in a halfway house and twelve months in home detention with electronic monitoring. The Court allowed Defendant to serve his time in home detention before his time in the halfway house so that he could be home for medical treatment related to a knee injury. As Defendant nears the beginning of his halfway house term, he requests modification of his probation to serve this portion of his sentence in home detention instead.

    Defendant argues that a transfer from home detention to a halfway house would be inconsistent with the 18 U.S.C. § 3553 sentencing factors. However, the Court already carefully considered these factors when originally sentencing Defendant to a

below guidelines range sentence for his offense.

Defendant also argues that the Court should grant his request because, under a policy announced by the United States Department of Justice on October 19, 2009, he would not have been prosecuted. This policy states that the Department's investigative and prosecutorial resources should not be focused on "individuals whose actions are in clear and unambiguous compliance with existing state laws providing for the medical use of marijuana." October 19, 2009 Memorandum for Selected United States Attorneys Re: Investigations and Prosecutions in States Authorizing the Medical Use of Marijuana. Defendant has not shown that his actions were "in clear and unambiguous compliance" with California's laws "providing for the medical use of marijuana."

The Court denies Defendant's request to modify his sentence.

IT IS SO ORDERED.

Dated: 12/01/09

CLAUDIA WILKEN
United States District Judge