IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>MICHAEL MARTIN,<br><br>    Defendant.<br>_____/ | No. CR 08-00099 CW<br><br>ORDER GRANTING DEFENDANT'S MOTION FOR TERMINATION OF PROBATION PRIOR TO EXPIRATION DATE |

On March 2, 2011, Defendant Michael Martin filed a motion for early termination of probation prior to the expiration date. The Court took the motion under submission and indicated that opposition was due on September 27, 2011. Plaintiff has not filed an opposition. Having read the papers filed by Mr. Martin and good cause appearing, the Court grants his motion for termination of probation prior to the expiration date. Probation shall terminate as of November 1, 2011.

IT IS SO ORDERED.

Dated: 10/28/2011

CLAUDIA WILKEN
United States District Judge